IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL F. BORDEN, SR., | ) | No. C 10-1750 LHK (PR) |
| Plaintiff, | ) ) | ORDER OF TRANSFER |
| vs. | ) ) | |
| R. GAUTIER, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil RICO complaint pursuant to 18 U.S.C. §§ 1961 and 1962 against government agency employees in Sacramento. The acts complained of occurred in Sacramento and Defendants are located in Sacramento, which lies within the venue of the Eastern District of California.

Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

IT IS SO ORDERED.

DATED:  9/3/2010            _Lucy H. Koh_____
                            LUCY H. KOH
                            United States District Judge

Order of Transfer
P:\PRO-SE\SJ.LHK\CR.10\Borden750trans.wpd